UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS PETTAWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 5:16-CV-134-RN |
| NANCY A. BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court DENIES Pettaway's Motion for Judgment on the Pleadings, GRANTS Berryhill's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's determination.**

This Judgment Filed and Entered on May 10, 2017 with service on:
Kimberly D. Bishop (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

Date: June 6, 2017                                              PETER A. MOORE, JR., CLERK

                                                                _____
                                                                Lauren Herrmann, Deputy Clerk