UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DOUGLAS PETTAWAY,　　　　　　　　　) | |
| 　　　　Plaintiff,　　　　　　　　　　) | **AMENDED** |
| 　　　　　　　　　　　　　　　　　　) | **JUDGMENT IN A CIVIL CASE** |
| v.　　　　　　　　　　　　　　　　　) | **CASE NO. 5:16-CV-134-RN** |
| 　　　　　　　　　　　　　　　　　　) | |
| NANCY A. BERRYHILL, Acting Commissioner of　) | |
| Social Security,[1]　　　　　　　　　　) | |
| 　　　　Defendant.　　　　　　　　　　) | |

**Decision by Court.**

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court DENIES Pettaway's Motion for Judgment on the Pleadings, GRANTS Berryhill's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's determination.

**This Judgment Filed and Entered on June 6, 2017, and Copies To:**

Kimberly D. Bishop (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| | *Susan K. Edwards* |
| June 6, 2017 | _____ |
| | (By) Susan K. Edwards, Deputy Clerk |

---

[1] Berryhill replaced Carolyn Colvin as the Acting Commissioner of Social Security on January 20, 2017.